UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DANIEL N. ROCHA**, <br><br> Petitioner, <br><br> v. <br><br> W.L. MONTGOMERY, Warden, <br><br> Respondent. | No. ED CV 16-00864-VBF-JDE <br><br> ORDER Adopting the R & R: Denying Habeas Corpus Petition; Dismissing Case With Prejudice; <br><br> Directing Entry of Separate Judgment; Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Respondent's Answer to the Petition (Dkt. No. 11), Petitioner's Reply (Dkt. No 18), the records on file, and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 28) and the Objections thereto filed by Petitioner (Dkt. No. 33). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Petitioner's request for an evidentiary hearing is DENIED;

(2) The habeas corpus petition is **DENIED**.

(3) This action is **DISMISSED with prejudice.**

(4) As required by Fed. R. Civ. P. 58(a), judgment consistent with this Order and with the R&R shall be entered as a separate document.

The Clerk of Court shall **TERMIN**ATE this case (JS-6).

Dated: March 27, 2018

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge