JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DANIEL N. ROCHA,

        Petitioner,

    v.

W.L. MONTGOMERY (Warden),

        Respondent.

**No. ED CV 16-00864-VBF-JCG**

**FINAL JUDGMENT**

    **Final judgment is hereby entered in favor of the respondent warden and against petitioner Daniel N. Rocha.**

    IT IS SO ADJUDGED.

Dated:  March 27, 2018

*Valerie Baker Fairbank*
_____

    Honorable Valerie Baker Fairbank
    Senior United States District Judge